NUMBER 13-03-263-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


ROSA M. MENDOZA , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Castillo, and Garza

Opinion Per Curiam



 Appellant, ROSA M. MENDOZA , perfected an appeal from a judgment entered by the 105th District Court
of Nueces County, Texas, in cause number 02-CR-2731-D . Appellant has filed a motion to withdraw notice
of appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to withdraw notice of appeal, is of
the opinion that appellant's motion to withdraw notice of appeal should be granted. Appellant's motion to
withdraw notice of appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 12th day of June, 2003 .